Amy H. Drake, Respondent, v. Grace D. Hevenor, Appellant, Impleaded with Charles J. Drake.— Interlocutory judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the verdict was con-

trary to and against the weight of the evidence. All concurred, except Williams, J., who dissented.

Catherine Creedon, Respondent, v. Knights of the Maccabees of the World, Appellant.— Judgment and order denying motion for new trial affirmed, with costs. All concurred, except McLennan, P. J., who dissented; Spring, J., not sitting. Order granting additional allowance reversed. All concurred; Spring, J., not sitting.